| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | RECEIVED 2008 AUG 15 PM 3:42 CLERK, MIDDLE DISTRICT Florida Northern TAMPA, FLORIDA | DOCKET NUMBER *(Tran. Court)* 1:02CR27-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 8:08CR 75 -T-24TBM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Joe Douglas<br>130 Bonita Parkway<br>Babson Park, Florida 33827 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Maurice M. Paul, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/12/2007 — TO 07/11/2012 |

**OFFENSE**

Ct. 1: Conspiracy to Distribute and Possess With the Intent to Distribute More Than 50 Grams of Methamphetamine and More Than 500 Grams of a Mixture and Substance Containing Methamphetamine
Ct. 2: Possession With the Intent to Distribute More Than 50 Grams of Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 14, 2008
Date

*/s/* Maurice M. Paul
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-6-2008
*Effective Date*

*/s/*
United States District Judge

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: /s/ Smith
Deputy Clerk